=================================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__   DISTRICT OF   __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.   1:05cv525
              1:05cv526
              (GLS)

**ROBERT E. HARRIS,**

        Appellant(s),

   v.

**ALBANY COUNTY OFFICE, and DAVID P. POULAN,**
as Commissioner of Management and Budget of the County of Albany

        Appellee(s),

**MARK SWIMELAR,**

        Trustee(s).

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__x__   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the final decision and order of the Bankruptcy Court is affirmed, Harris' Chapter 13 petition is dismissed with prejudice and Harris' adversary proceeding is dismissed with prejudice, all in accordance with the Memorandum-Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dd 4/17/06.

**DATE: April 18, 2006**

Clerk of Court

By: s/WILLIAM J. GRIFFIN
      DEPUTY CLERK